UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| **EMILY MCNAMARA, individually and on behalf of all others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**GLOBAL LENDING SERVICES LLC**<br><br>*Defendant* | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:25-cv-06058 |

## AFFIDAVIT OF SERVICE

I, Marcia Boyer, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on December 17, 2025, at 5:00 pm. I delivered these documents to GLOBAL LENDING SERVICES LLC in Kent County, DE on December 18, 2025 at 12:11 pm at 850 New Burton Rd, Ste 201, Dover, DE 19904-5786 by leaving the following documents with Theresa Grandison who as Intake Specialist at Cogency Global Inc. is authorized by appointment or by law to receive service of process for GLOBAL LENDING SERVICES LLC.

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL
CIVIL COVER SHEET

Race: Black or African American, Sex: Female, Est. Age: 45-54, Hair: Black, Glasses: Y, Est. Weight: 220 lbs to 240 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.1487315,-75.5305916
Photograph: See Exhibit 1

Total Cost: $120.00

My name is Marcia Boyer, I am 18 years of age or older, and my address is 26976 Bethesda RD, Millsboro, DE 19966, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Sussex County, DE on 12/19/2025.

/s/ *Marcia Boyer*

Marcia Boyer
+1 (302) 670-3959



Exhibit 1a)