| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

| | |
|---|---|
| **EMILY MCNAMARA,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**GLOBAL LENDING SERVICES LLC**<br><br>*Defendant.* | CIVIL ACTION NO. 4:25-cv-06058<br><br>Honorable Judge Andrew S Hanen |

### Plaintiff's List of All Entities Financially Interested in This Litigation

Pursuant to the Court's December 18, 2025 Order Setting Conference, Plaintiff submits the following list of entities with a financial interest in the outcome of this litigation:

1. **Plaintiff, Emily McNamara**

Plaintiff is an individual and is not a subsidiary and as such has no parent, subsidiary, or affiliated corporations.

2. **Proposed Class Members**

In addition to the named Plaintiff, the putative class members, who are also individuals, may have a financial interest in the outcome of this litigation to the extent the class is certified and relief is awarded.

3. **Attorneys of Record**

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

Carly M. Roman *(pro hac vice forthcoming)*
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

RESPECTFULLY SUBMITTED AND DATED this December 23, 2025.

/s/ *Anthony Paronich*
Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

Carly M. Roman *(pro hac vice forthcoming)*
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*