IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMILY MCNAMARA, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:25-CV-06058 |
| | § | |
| GLOBAL LENDING SERVICES, LLC | § § | |
| Defendant. | § § § § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sabrina A. Neff of the law firm Husch Blackwell LLP appears on behalf of Defendant Global Lending Services LLC and hereby submits this notice of appearance in the above-captioned proceeding. All notices and future filings in this matter are to be served upon the undersigned.

DATE: January 2, 2026                    Respectfully submitted,

                                         HUSCH BLACKWELL LLP

                                         By: /s/ Sabrina A. Neff

                                         Sabrina A. Neff
                                         State Bar No. 24065813
                                         sabrina.neff@huschblackwell.com
                                         600 Travis St., Suite 2350
                                         Houston, Texas 77002
                                         (713) 647-6800 – Telephone
                                         (713) 647-6884 – Facsimile

                                         **ATTORNEYS FOR DEFENDANT
                                         GLOBAL LENDING SERVICES LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of January 2026, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed with the Court through the electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.

                                                   By: */s/ Sabrina A. Neff*
                                                           Sabrina A. Neff