IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMILY MCNAMARA, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 4:25-CV-06058 |
| GLOBAL LENDING SERVICES, LLC | § § § | |
| Defendant. | § § § § § § | |

**UNOPPOSED MOTION FOR INITIAL EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Global Lending Services, LLC ("Defendant") by and through its undersigned counsel, hereby files this Motion for Initial Extension of Time to File an Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. In support of this Motion, Defendant states the following:

1. Federal Rule of Civil Procedure 6(b) permits this Court to extend any deadline for good cause shown before the expiration of the deadline. The district court also has broad discretion in managing its docket and setting pretrial deadlines. *See Garza v. Laredo Indep. Sch. Dist.*, 309 Fed. Appx. 806, 812 (5th Cir. 2009).

2. On December 16, 2025, Plaintiff filed this action against Defendant [Dkt. 1].

3. Defendant was served on December 18, 2025 [Dkt. 6], therefore its response to the Complaint is currently due on January 8, 2026.

4.	Good cause exists for the requested extension. The undersigned counsel needs time to investigate the allegations made, to confer with their clients, to discuss Defendant's position with Plaintiff, and, if necessary, to prepare an appropriate responsive pleading.

5.	Defendant therefore seeks an order from the Court for an initial extension of its deadline to file an answer or otherwise respond to the Complaint, to and including January 21, 2026.

6.	Counsel for Defendant conferred with Plaintiff's counsel regarding this motion, and Plaintiff does not oppose this request.

7.	Defendant respectfully submits that this request for extension is sought in good faith, not for purposes of undue delay, and that granting the request is in the best interests of justice.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that the Court enter an Order granting this Motion for Initial Extension of Time to File an Answer or Otherwise Respond to the Complaint, extending the deadline to January 21, 2026.

DATE: January 2, 2026

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ Sabrina A. Neff

Sabrina A. Neff
State Bar No. 24065813
sabrina.neff@huschblackwell.com
600 Travis St., Suite 2350
Houston, Texas 77002
(713) 647-6800 – Telephone
(713) 647-6884 – Facsimile

**ATTORNEYS FOR DEFENDANT
GLOBAL LENDING SERVICES LLC**

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendant Global Lending Services LLC conferred with Plaintiff via e-mail regarding the relief sought in this motion. Plaintiff is unopposed to the requested relief.

*/s/ Sabrina A. Neff*
Sabrina A. Neff

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January 2026, a true and correct copy of the foregoing UNOPPOSED MOTION FOR INITIAL EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT was filed with the Court through the electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.

By: */s/ Sabrina A. Neff*
Sabrina A. Neff