IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMILY MCNAMARA, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 4:25-CV-06058 |
| GLOBAL LENDING SERVICES, LLC | § § § | |
| Defendant. | § § § § § § § | |

**ORDER GRANTING UNOPPOSED MOTION FOR INITIAL EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Upon consideration of Defendant Global Lending Services, LLC's ("Defendant") Motion for Initial Extension of Time to File an Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion") and any Response thereto, the Court is of the opinion that the Motion should in all things be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion for Initial Extension of Time to File an Answer or Otherwise Respond to Plaintiff's Complaint is GRANTED and the deadline for Defendant to respond to Plaintiff's Complaint is extended to and including January 21, 2026.

SIGNED on this the ____ day of _____, 2026

_____
JUDGE PRESIDING