IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EMILY MCNAMARA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GLOBAL LENDING SERVICES, LLC<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§　　Civil Action No. 4:25-CV-06058<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT GLOBAL LENDING SERVICES LLC'S
CORPORATE DISCLOSURE STATEMENT**

Global Lending Services LLC ("GLS"), by and through the undersigned counsel, makes the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

GLS is a Delaware limited liability company. The only entity that owns or controls, directly 10% or more of GLS is Sound Point GLS Holdings LP f/k/a AssuredIM GLS Holdings L.P. ("SP Holdings").

DATE: January 2, 2026　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HUSCH BLACKWELL LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Sabrina A. Neff

　　　　　　　　　　　　　　　　　　　　Sabrina A. Neff
　　　　　　　　　　　　　　　　　　　　State Bar No. 24065813
　　　　　　　　　　　　　　　　　　　　sabrina.neff@huschblackwell.com
　　　　　　　　　　　　　　　　　　　　600 Travis St., Suite 2350
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　(713) 647-6800 – Telephone
　　　　　　　　　　　　　　　　　　　　(713) 647-6884 – Facsimile

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　GLOBAL LENDING SERVICES LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd of January 2025, a true and correct copy of the foregoing DEFENDANT GLOBAL LENDING SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT was filed with the Court through the electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.

By: */s/ Sabrina A. Neff*
Sabrina A. Neff