IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMILY MCNAMARA, individually and on behalf of all others similarly situated, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:25-CV-06058 |
| GLOBAL LENDING SERVICES, LLC | | |
| Defendant. | | |

## DEFENDANT GLOBAL LENDING SERVICES, LLC'S
## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's December 18, 2025, Order Setting Conference, and Disclosure of Interested Parties, Defendant Global Lending Services LLC ("GLS") states the following persons or entities may have financial interest in the outcome of the lawsuit:

1. Plaintiff is Emily McNamara (Plaintiff).

2. GLS is a Delaware limited liability company. The following persons or entities own a percentage of the membership interests in GLS: (1) Sound Point GLS Holdings, L.P.; (2) Timber GLS Holdings LLC; (3) Bayview Opportunity (US) Master Fund VII, L.P.; (4) Douglas A. Duncan; and (5) GLS Management Holdings LLC.

Additionally, GLS identifies the following attorneys of record:

**Plaintiff's Counsel:**

Anthony Paronich
Paronich Law P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: 617-485-0018
Anthony@paronichlaw.com
Carly M. Roman *(pro hac vice forthcoming)*

    STRAUSS BORRELLI PLLC
    980 N Michigan Ave Ste 1610
    Chicago, IL 60611-7502
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    croman@straussborrelli.com

**Counsel for GLS:**

    Sabrina A. Neff
    Husch Blackwell LLP
    600 Travis St., Suite 2350
    Houston, Texas 77002
    (713) 647-6800 – Telephone
    sabrina.neff@huschblackwell.com

    Ryan DiClemente *(pro hac vice forthcoming)*
    Husch Blackwell LLP
    1801 Pennsylvania Avenue, NW
    Suite 1000
    Washington, D.C. 20006-3606
    Tel: 202-378-5794
    Ryan.DiClemente@huschblackwell.com

    Colleen Fox *(pro hac vice forthcoming)*
    Husch Blackwell LLP
    1801 Pennsylvania Avenue, NW
    Suite 1000
    Washington, D.C. 20006-3606
    Tel: 202-378-5795
    Colleen.Fox@huschblackwell.com

    These are the only parties known to GLS at this time to be financially interested in the outcome of this litigation.

DATE: January 7, 2026                        Respectfully submitted,

                                                      HUSCH BLACKWELL LLP

                                                      By: */s/ Sabrina A. Neff*
                                                      Sabrina A. Neff
                                                      State Bar No. 24065813
                                                      sabrina.neff@huschblackwell.com

600 Travis St., Suite 2350
Houston, Texas 77002
(713) 647-6800 – Telephone
(713) 647-6884 – Facsimile

**ATTORNEYS FOR DEFENDANT
GLOBAL LENDING SERVICES LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and served on all counsel of record.

By: _/s/ Sabrina A. Neff_
Sabrina A. Neff