United States District Court
Southern District of Texas
**ENTERED**
January 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-06058 |
|---|---|---|---|

| Emily McNamara, |
|---|
| *versus* |
| Global Lending Services LLC, |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Carly M. Roman<br>Strauss Borrelli PLLC<br>980 N Michigan Ave Ste 1610<br>Chicago, IL 60611-7502<br>(872) 263-1100; croman@straussborrelli.com<br><br>Arizona: SBN 040895<br>California: SBN 349895<br>Illinois: SBN 6334371 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff Emily McNamara |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/8/2026 | Signed: | /s/ Carly M. Roman |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 1/14/2026   Clerk's signature R. Hawkins

### Order

Dated: 1/20/26

This lawyer is admitted *pro hac vice*.

_____
United States District Judge