# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EMILY MCNAMARA, individually and on behalf of all others similarly situated, § § § § § Plaintiff, § § v. § § GLOBAL LENDING SERVICES, LLC § § Defendant. § § § § § § | **Civil Action No. 4:25-CV-06058** |

## ORDER GRANTING UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Upon consideration of Defendant Global Lending Services, LLC's ("Defendant") Second Motion for Extension of Time to File an Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion") and any Response thereto, the Court is of the opinion that the Motion should in all things be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Second Motion for Extension of Time to File an Answer or Otherwise Respond to Plaintiff's Complaint is GRANTED and the deadline for Defendant to respond to Plaintiff's Complaint is extended to and including February 4, 2026.

SIGNED on this the _____ day of _____, 2026

_____
JUDGE PRESIDING