# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Emily McNamara

v.  Case Number: 4:25−cv−06058

Global Lending Services LLC

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Yvonne Y Ho**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/6/2026

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   February 6, 2026                                                               Nathan Ochsner, Clerk