| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-06058 |
|---|---|---|---|

| Emily McNamara |
|---|
| *versus* |
| Global Lending Services LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Colleen Fox, Esq.<br>Husch Blackwell LLP<br>1801 Pennsylvania Avenue, NW, Suite 1000<br>Washington, D.C. 20006<br>Tel: 202-378-5795; Colleen.Fox@huschblackwell.com<br>New Jersey - 069832013<br>District of New Jersey - CF1215 |
|---|---|

| Name of party applicant seeks to appear for: | Global Lending Services LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/20/2026 | Signed: | s/ Colleen Fox |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
                                  United States District Judge