United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-06058 |
|---|---|---|---|

Emily McNamara

*versus*

Global Lending Services LLC

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Colleen Fox, Esq.<br>Husch Blackwell LLP<br>1801 Pennsylvania Avenue, NW, Suite 1000<br>Washington, D.C. 20006<br>Tel: 202-378-5795; Colleen.Fox@huschblackwell.com<br>New Jersey - 069832013<br>District of New Jersey - CF1215 |
|---|---|

| Name of party applicant seeks to appear for: | Global Lending Services LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/20/2026 | Signed: | s/ Colleen Fox |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 2/24/2026   Clerk's signature: R. Hawkins

### Order

This lawyer is admitted *pro hac vice*.

Dated: 2/24/26

United States District Judge