UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-06058 |
|---|---|---|---|

Emily McNamara

versus

Global Lending Services, LLC

United States Courts
Southern District of Texas
FILED
MAR 06 2026
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| Lawyer's Name | Ryan DiClemente, Esq. |
| Firm | Husch Blackwell LLP |
| Street | 1801 Pennsylvania Avenue, NW, Suite 1000 |
| City & Zip Code | Washington, D.C. 20006 |
| Telephone & Email | Tel: 202-378-5794; Ryan.DiClemente@huschblackwell.com |
| Licensed: State & Number | New Jersey - 043352006 |
| Federal Bar & Number | District of New Jersey - RD3232 |

| Name of party applicant seeks to appear for: | Global Lending Services, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 3/4/2026 | Signed: | s/ Ryan DiClemente |
|---|---|---|---|

| The state bar reports that the applicant's status is: _Active_ |
|---|
| Dated: MAR 06 2026   Clerk's signature |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge