United States District Court
Southern District of Texas
**ENTERED**
~~March 10,~~ 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Emily McNamara | § § § |
| *versus* | § § Civil Action H-25-cv-06058 |
| Global Lending Services, LLC | § § § § |

## SCHEDULING ORDER

1. Trial: Estimated time to try: 5 - 7 days. ☐ Bench   X Jury

2. New parties must be joined by:                                       June 8, 2026
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   October 14, 2026

4. The defendant's experts must be named with a report furnished by:   November 13, 2026

5. Discovery must be completed by:                                      February 24, 2027
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                                March 24, 2027
   Responses to dispositive motions filed by:                           April 26, 2027

7. Non-Dispositive Motions will be filed by:                            March 24, 2027

8. Parties will mediate the case by:                                    December 18, 2026

******************** **The Court will provide these dates.** ********************

9. Joint pretrial order is due:                                         September 24, 2027
   *The plaintiff is responsible for filing the pretrial order on time.*

10. Pretrial Conference is set for **1:30 p.m.** on:                    October 25, 2027

11. Trial is set for **9:00 a.m.** on:                                  November 1, 2027

*The case will remain on standby until tried.*

Signed this the 6th day of March, 2026.

                                                        _____
                                                        Yvonne Y. Ho
                                                        United States Magistrate Judge