Case 4:25-cv-06058   Document 24   Filed 03/11/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-06058 |
|---|---|---|---|

Emily McNamara

*versus*

Global Lending Services, LLC

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ryan DiClemente, Esq.<br>Husch Blackwell LLP<br>1801 Pennsylvania Avenue, NW, Suite 1000<br>Washington, D.C. 20006<br>Tel: 202-378-5794; Ryan.DiClemente@huschblackwell.com<br>New Jersey - 043352006<br>District of New Jersey - RD3232 |
|---|---|

| Name of party applicant seeks to appear for: | Global Lending Services, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/4/2026 | Signed: | s/ Ryan DiClemente |
|---|---|---|

| The state bar reports that the applicant's status is: _Active_ |
|---|
| Dated: MAR 0 6 2026 | Clerk's signature |

**Order**

Dated: 3/11/26

This lawyer is admitted *pro hac vice*.

United States District Judge