Case 4:25-cv-06058   Document 25   Filed 03/12/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 12, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMILY McNAMARA | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-6058 |
| | § | |
| GLOBAL LENDING SERVICES LLC | § | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

The Court has determined that this case is appropriate for referral to Magistrate Judge Yvonne Ho to conduct all further proceedings, including the issuance of a Memorandum and Recommendation on any dispositive motions of the parties. It is therefore

**ORDERED** that this case is **TRANSFERRED** to United States Magistrate Yvonne Ho for all pretrial matters to include the issuance of a Memorandum and Recommendation on any dispositive motions.

SIGNED on this __12th__ day of March 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE