United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Emily McNamara,　　　　　　　　§<br>　　　　　　　　　　　　　　　　§<br>　　　*Plaintiff*,　　　　　　　　§<br>　　　　　　　　　　　　　　　　§<br>v.　　　　　　　　　　　　　　　§<br>　　　　　　　　　　　　　　　　§<br>Global Lending Services, LLC,　§<br>　　　　　　　　　　　　　　　　§<br>　　　*Defendant*.　　　　　　　§ | Civil Action No. 4:25-cv-06058 |

## ORDER ON MOTION FOR EXTENSION

On January 21, 2026, Defendant Global Lending Services, LLC filed a motion for extension to answer or otherwise respond to Plaintiff Emily McNamara's original complaint (Dkt. 1). Dkt. 15. But on February 4, 2026, McNamara filed an amended complaint (Dkt. 16), to which Global Lending Services filed an answer (Dkt. 18). That moots Global Lending Service's request for additional time to respond to the original complaint.

It is therefore **ORDERED** that Global Lending Service's motion for extension (Dkt. 15) is **DENIED** as moot.

Signed on March 16, 2026, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge